UNITED STATES DISTRICT COURTY
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-cv-264-ORL-22-GJK

JERRY CRAFT and JESSICA CRAFT,

Plantiffs,

v.

PULTE HOME CORPORATION, a Michigan Corporation,

Defendant.
_____________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

____X____IS related to pending or closed civil or criminal(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Baby Roberta Solis Bamert v. Pulte Home Corporation,* Case No. 6:08-cv-2120-ACC-GJK, see DE 146 annexed hereto as Exhibit A.

_________IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other actions upon each party no later than eleven (11) days after appearance of the party.

Dated: February 14, 2013

Respectfully submitted,

SCHNEIDER ROTHMAN IP LAW GROUP
Attorneys for Plaintiffs
P.O. Box 812182
Boca Raton, FL 33481
Email: joel.rothman@sriplaw.com
Telephone: 561-404-4339
Facsimile: 561-404-4353

By:________________________________
Joel B. Rothman
Florida Bar No. 0098220

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BABY ROBERTA SOLIS BAMERT, et. al.,**

**Plaintiffs,**

**-vs-** **Case No. 6:08-cv-2120-Orl-22GJK**

**PULTE HOME CORPORATION and THE WEAR GROUP, INC.,**

**Defendants.**

---

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. No. 134), filed on September 13, 2012, is DENIED. As discussed infra, the Plaintiffs' claims will be severed. Since the proposed third amended complaint purports to assert claims on behalf of all 37 Plaintiffs, it has been superseded by the severance ruling. However, in connection with that severance, the Plaintiffs will be granted leave to file amended pleadings - asserting only federal claims - in the resulting separate cases. When filing those pleadings, Plaintiffs' counsel should endeavor to simplify the submissions to avoid filing anything resembling the prolix Second Amended Complaint.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 129), filed on August 30, 2012, is APPROVED, ADOPTED AND MADE A PART OF THIS ORDER, with one caveat:

the case will be severed into fewer than 37 actions, in recognition of the fact that some of the claimants purchased jointly and should therefore be combined in one action.

The undersigned judge concurs fully with the Magistrate Judge that this controversy is better facilitated through separate cases.  Although common issues certainly exist, it appears that each Plaintiff (or set of jointly-owning Plaintiffs) will need to present individualized proof.  In the Court's view, a single action involving all 37 Plaintiffs is just too unwieldy.

The undersigned judge also agrees with the Magistrate Judge's recommendation that the Court should decline to exercise supplemental jurisdiction over the state law claims.  The state claims substantially predominate over the federal claims in both quality and quantity.  Pursuant to 28 U.S.C. § 1367(d), the limitations period for each of the state law claims shall be tolled for a period of 30 days after entry of this Order, unless state law provides for a longer tolling period.

The Court rejects Plaintiffs' notion that diversity of citizenship currently exists as an alternative basis for jurisdiction over the state law claims. Non-diverse Defendant The Wear Group, Inc. ("TWG") remains in this case.  Plaintiffs previously moved for entry of default against TWG, but that motion was denied pending resolution of the severance issue.  Plaintiffs' tendered third amended complaint omits TWG as a Defendant.  However, the present Order denies Plaintiffs leave to file that tendered pleading.  Because TWG remains a defendant, this case lacks complete diversity.

3. Plaintiffs' Objection to Magistrate [Judge's] Report and Recommendation (Doc. No. 135), filed on September 13, 2012, is OVERRULED.

4. Plaintiffs' claims are hereby SEVERED.

The claims of Baby Roberta Solis Bamert shall remain in the instant case. On or before January 31, 2013, Plaintiff Baby Roberta Solis Bamert shall file an amended pleading in this case that asserts only her own federal claims. Within the same time period, the other Plaintiffs shall each re-file separate actions asserting only their individual federal claims. Each such case shall consist of only one Plaintiff, except in those situations involving joint purchasers. A filing fee shall be paid for each new case.

5. Each severed case shall be assigned to the undersigned judge and to Magistrate Judge Gregory J. Kelly. At the time each new case is filed, Plaintiffs' counsel shall provide the Clerk with a copy of this Order and shall notify the Clerk that, pursuant to this Order, the case is to be assigned to the undersigned judge and Magistrate Judge Kelly.

6. This matter is REFERRED to Magistrate Judge Kelly so that he may (a) conduct a status conference for the purpose of addressing case management of this case and the severed actions and (b) enter case management and scheduling orders in the cases at the appropriate time. The undersigned judge suggests that the status conference be conducted after the severed cases are filed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Kelly
Paul Patterson, Clerk’s Office Division Manager (Orlando)