UNITED STATES DISTRICT COURTY
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:13-cv-264-ORL-22-GJK

JERRY CRAFT and JESSICA CRAFT,

      Plantiffs,

v.

PULTE HOME CORPORATION, a
Michigan Corporation,

      Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiffs, JERRY CRAFT and JESSICA CRAFT, (hereinafter referred to as "Plaintiffs"), by and through undersigned counsel, and disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Baby Roberta Solis Bamert

Jerry Craft

Jessica Craft

Joseph Denoia

Richard Fakadej

Kimberly Fakadej

Janos Farkas

The Vista Trust, the Isle Trust

Winifred Fields

Dennis Fong

Yvonne Fong

Ken Hong

Megan So Ming Hui

Muk Sum Hui

Richard Jasin

Aimee Ochotorena

Frank Padilla

Mary Padilla

Marilou Pulmano

Darmandra Ramdowe

Tejmattee Ramdowe

Krishnadat Ramdowe

Ganmattee Ramdowe

Barbara Reid

Stephen Reid

Donald Scrimgeour

Frank Scurti

Thomas Scurti

Peruvembra Sundaresan

Gloria Sundaresan

Cheryl Tamada

Frank Tamada

Daniel Tran

Tom Tran

Pulte Home Corporation

The Wear Group

James E. Wear

Osceola Management & Consulting, Inc.

James J. Murphy


2.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

Pulte Home Corporation


3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 30 largest unsecured creditors):

None


4.      The name of each victim (individual and corporation), including every person who may be entitled to restitution:

Baby Roberta Solis Bamert

Jerry Craft

Jessica Craft

Joseph Denoia

Richard Fakadej

Kimberly Fakadej

Janos Farkas

The Vista Trust, the Isle Trust

Winifred Fields

Dennis Fong

Yvonne Fong

Ken Hong

Megan So Ming Hui

Muk Sum Hui

Richard Jasin

Aimee Ochotorena

Frank Padilla

Mary Padilla

Marilou Pulmano

Darmandra Ramdowe

Tejmattee Ramdowe

Krishnadat Ramdowe

Ganmattee Ramdowe

Barbara Reid

Stephen Reid

Donald Scrimgeour

Frank Scurti

Thomas Scurti

Peruvembra Sundaresan

Gloria Sundaresan

Cheryl Tamada

Frank Tamada

Daniel Tran

Tom Tran

5.      Check one of the following:

_____X____a.  I certify that I am unaware of any actual or potential conflict of interest

involving the District Judge or Magistrate Judge assigned to this case and will immediately

notify the Court in writing upon learning of any such conflict.

_____b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or

Magistrate Judge as follows:

Respectfully submitted,
SCHNEIDER ROTHMAN IP LAW GROUP
Attorneys for Plaintiffs
P.O. Box 812182
Boca Raton, FL 33481
Email:  joel.rothman@sriplaw.com
Telephone:  561-404-4339
Facsimile:   561-404-4353

By:_____
Joel B. Rothman
Florida Bar No. 0098220